IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| JASON RENARD WALKER, § § § Plaintiff, § § v. § § SHELIA FORTE, ET AL., § § § Defendants. § § § | CIVIL ACTION NO.  5:19-CV-00158 |

### ORDER

Plaintiff Jason Walker, proceeding *pro se*, filed the above-styled and numbered civil action complaining of alleged violations of his constitutional rights.  The case was referred to the United States Magistrate Judge in accordance with 28 U.S.C. § 636.

Plaintiff filed a Motion for Temporary Restraining Order or Preliminary Injunction against prison officials at the Clements Unit, who are not parties to this lawsuit, concerning the alleged taking of his legal property.  After review of the pleadings, the Magistrate Judge issued a Report recommending the motion for injunctive relief be denied.  Plaintiff received a copy of this Report on September 7, 2021 but filed no objections.  He is therefore barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and—except upon grounds of plain error—from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court.  *Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017).

The Court has reviewed the pleadings in this case and the Report of the Magistrate Judge.  Upon such review, the Court has determined the Report of the Magistrate Judge is correct.  *See*

*United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). It is accordingly

**ORDERED** that the Report of the Magistrate Judge (Docket No. 26) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that Plaintiff's Motion for a Temporary Restraining Order or Preliminary Injunction (Docket No. 16) is **DENIED**.

**So ORDERED and SIGNED this 29th day of September, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE